# ***NOTICE***

TO ALL COUNSEL
IN MDL 875 PENDING CASES

Enclosed Herewith Are:

I. A Copy of the Transfer Order in MDL 875;

II. A Copy of Administrative Order No. 11 in MDL 875 (Which Includes a Validation of Signature Form Required by EDPA Local Civil Rule 5.1.4);

III. A Copy of the Log of MDL 875 Cases Transferred from your District and Opened in the EDPA (Which Includes Your Cases);

IV. A Copy of the EDPA's ECF Application; and,

V. Consent to Participate in FAX Service of Notice Program.

---

(EDPA's Local Rules Can Be Accessed on the EDPA's Web Page at www.paed.uscourts.gov. Should You Have Any Questions Concerning this Matter, Please Contact this Office At: 267−299−7018 or 267−299−7019).

Michael E. Kunz
Clerk of Court